ACCEPTED
04-14-00272-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/18/2015 9:26:16 AM
KEITH HOTTLE
CLERK



## Bexar County Public Defender's Office

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/18/2015 9:26:16 AM
KEITH E. HOTTLE
Clerk

101 W. Nueva ◆ Paul Elizondo Tower – Suite 310 ◆ San Antonio, TX 78205-3440
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

March 18, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

     Re:     Raymond Paul Schmidt v. State of Texas
               Appeal No. 04-14-00272-CR
               Cause No. 2013-CR-6225

To the Honorable Court of Appeals:

     Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Raymond Paul Schmidt, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Schmidt. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

          Appellate attorney: Michael Robbins (SBN:16984600)
          Date of Opinion and Judgment: March 4, 2015
          Date notification mailed to Appellant: March 4, 2015
          Certified mail number: 7011 1150 0002 0439 3133
          Date return receipt received by the undersigned attorney: March 17, 2015

                    Sincerely yours,

                    MICHAEL ROBBINS
                    Appellate Public Defender

Attachment
/cmb

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Raymond Paul Schmidt
(#01920309)
Clarence N. Stevenson Unit
1525 FM ~~77954~~ 766
Cuero, Texas 77954

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *L. Feldhouser*
☒ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
3/9/15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®
☐ Registered
☐ Insured Mail
☐ Priority Mail Express™
☑ Return Receipt for Merchandise
☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*
7011 1150 0002 0439 3133

PS Form 3811, July 2013     Domestic Return Receipt